UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-40734
Summary Calendar
_____


CLEMON H. MILLER,

                    Plaintiff - Appellant,

     v.

SERVICE PAINT CO., 7305 Upriver Road, Corpus Christi, TX
78409,

                    Defendant - Appellee.


_____

Appeal from the United States District Court
for the Southern District of Texas
(C-96-CV-539)
_____

May 3, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Clemon H. Miller (Miller) appeals from a jury verdict
resulting in the dismissal of his claim that his employment with
appellee was terminated based on his race.

     Miller's sole argument on appeal is that the district court
erred in its instruction to the jury.  However, the instruction

---

[*]  Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5TH CIR. R. 47.5.4.

that Miller contends should have been given was not proposed to the district court nor did Miller object to the instructions that, in fact, were given to the jury by the district court.  By failing to object to the instructions, Miller has not preserved his claim made on appeal.  Accordingly, the judgment of the district court is affirmed.

AFFIRMED.